**FILED**

JUN 10 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20 CR 257 |
| v. | Violation: Title 18, United States Code, Sections 922(g)(1) |
| AMBER L. PELTZER | |

JUDGE PACOLD
MAGISTRATE JUDGE FUENTES

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about May 31, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

AMBER L. PELTZER,

defendant herein, knowing that she had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Smith & Wesson, Model 659, 9mm pistol, bearing serial number TAK8102, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith & Wesson, Model 659, 9mm pistol, bearing serial number TAK8102, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY